**United States District Court**

For the Northern District of California

1

2                                                                  **\*E-FILED 06-30-2010\***

3

4

5

6

7                                          NOT FOR CITATION

8                        IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN JOSE DIVISION

11    BANK OF MONTREAL,                              No. C10-80152MISC JW (HRL)

12                 Plaintiff,

13        v.                                         **ORDER RE SK FOODS, LLC'S
                                                     PETITION FOR DISCOVERY**

14    SK FOODS, LLC,

15                 Defendant.                        **[Re:   Docket No. 1]**

16    _____/

17        SK Foods, LLC ("SK Foods") filed a "Petition for Discovery," seeking leave to serve a

18    deposition and document subpoena on Mark McCormick, an individual reportedly located in

19    this district.  SK Foods says that the discovery is sought in connection with a lawsuit pending

20    against SK Foods in the District Court for the Northern District of Illinois:  *Bank of Montreal v.*

21    *SK Foods, LLC*, Case No. C09-03479.

22        Pursuant to Fed. R. Civ. P. 45, a subpoena may be issued by the court clerk, "signed, but

23    otherwise in blank, to a party who requests it."  FED. R. CIV. P. 45(a)(3).  A subpoena may also

24    be issued by an attorney (as an officer of the court) on behalf of:  (1) "a court in which the

25    attorney is authorized to practice"; or (2) "a court for a district where a deposition is to be taken

26    or production is to be made, if the attorney is authorized to practice in the court where the

27    action is pending."  Id.

28        SK Foods may pursue discovery that is relevant to its case—subject, of course, to the

1  limits set by the Federal Rules of Civil Procedure and any court orders.  However, to the extent

2  SK Foods seeks this court's pre-approval of the proposed subpoena in the form presented, this

3  court declines to do so.  Nor does this court intend to foreclose any valid objections that may be

4  made by person(s) responding to the subpoena.

5      Insofar as SK Foods requests that this court issue a subpoena, SK Foods shall promptly

6  so advise this court.  In that instance, this court will issue a subpoena form to SK Foods, signed,

7  but otherwise in blank, pursuant to Fed. R. Civ. P. 45(a)(3).

8      SO ORDERED.

9  Dated:    June 30, 2010

10 

11 HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

12 

13 

14 

15 

16 

17 

18 

19 

20 

21 

22 

23 

24 

25 

26 

27 

28 

**United States District Court**
For the Northern District of California

2

**United States District Court**

For the Northern District of California

1  5:10-mc-80152-JW Notice has been electronically mailed to:

2  Robert Laurence Rosenthal     rlr@h2law.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28